[NOT FOR PUBLICATION—NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1253

A. G. EDWARDS, JR.,

Plaintiff, Appellant,

v.

MBNA AMERICA, ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge]

---

Before

Torruella, Chief Judge,
Selya and Lipez, Circuit Judges.

---

A. G. Edwards, Jr. on brief pro se.
Thomas W. Evans and Cohen & Fierman on brief for appellees.

---

December 1, 2000

**Per Curiam**.  Appellant A.G. Edwards, Jr. appeals from the district court judgment granting the motion to dismiss of appellee MBNA America.  We affirm this judgment for essentially the reasons stated at the hearing held on January 13, 2000.  We add, moreover, that the appellant has presented no evidence to support his claims that the district court acted unfairly,  and/or was biased against him, and/or did not properly apply the law to the facts of record.

Affirmed.  See Local Rule 27(c).